```
 1                        UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF NEW YORK
 2

 3   ---------------------------------------X
                                             :
 4   SAINNOVAL,                               :
                                             :
 5             Plaintiffs,                   : 08-CV-04615
                                             :
 6        v.                                 : December 3, 2009
                                             : Central Islip, New York
 7   CFM ADVISORS, et al.,                   :
                                             :
 8             Defendants.                   :
                                             :
 9   ---------------------------------------X

10
      TRANSCRIPT OF CIVIL CAUSE FOR EVIDENTIARY HEARING STIPULATION
11             BEFORE THE HONORABLE MICHAEL L. ORENSTEIN
                    UNITED STATES MAGISTRATE JUDGE
12

13   APPEARANCES:

14
     For the Plaintiff:           BRADFORD D. CONOVER, ESQ.
15                                Conover Law Offices
                                  75 Rockefeller Plaza
16                                20th Floor
                                  New York, NY 10019
17

18
     For the Defendant:           MR. ORTEGA, ESQ.
19

20

21

22   Court Transcriber:           MARY GRECO
                                  TypeWrite Word Processing Service
23                                211 N. Milton Road
                                  Saratoga Springs, NY 12866
24

25



     Proceedings recorded by electronic sound recording,
     transcript produced by transcription service
```

```
                                                                    2

 1              MR. CONOVER:  Your Honor, I've had a discussion with
 2   Mr. Ortega and we're prepared to stipulate to place this into
 3   arbitration provided they're prepared to stipulate this is an
 4   employer promulgated plan which under the AAA rules means that
 5   costs are paid by the defendant except for a small cost.  That
 6   was one of the issues we were going to address in the
 7   testimony, but if we could stipulate to both those it would
 8   resolve it.  It's our perspective, you know, we hadn't seen
 9   these documents before.  Our client does not believe she
10   signed it.  It may be a memory problem.  We don't know.  But
11   we're prepared not to waste the Court's time exploring that
12   issue any further.
13              THE COURT:  All right.  Just so you understand, Mr.
14   Conover, the basis -- why don't you all be seated.  The basis
15   of my ruling is that under the Federal Rules of Civil
16   Procedure documents which affect credibility do not need to be
17   turned over in advance.  Matter of fact, if you look at the
18   forms we have for pretrial orders, you will find them.  Matter
19   of fact, they are not even required in Rule 26(a) initial
20   disclosure or mandatory disclosure, documents which only
21   affect credibility.
22              MR. CONOVER:  Your Honor, I --
23              THE COURT:  Documents such as the offered exhibit is
24   such a document.
25              MR. CONOVER:  I under --
```

3

1           THE COURT:  All right?  Now, without having gone
2  further, I cannot take a position with you or, you know, with
3  the plaintiff or the defendant with regard to whether or not
4  there should be or should not be a stipulation as you've
5  outlined.  I cannot do that.  Why?  It's very simple.  It's as
6  if I were having a conference on a non-jury trial to try to
7  settle a case.  I can't do that because if I did that it means
8  that something I may say or do may have an effect on a party's
9  attitude as to whether I favor one or the other.  So I can't
10 do that.  You two will have to either agree or not agree.
11 Obviously, a stipulation of that nature would resolve the
12 motion before me.
13          MR. CONOVER:  Yes, Your Honor.  We're not seeking
14 your comment.  We're just advising the Court we're prepared to
15 do that.
16          THE COURT:  Well, okay.  I understand that.  Mr.
17 Ortega?
18          MR. ORTEGA:  Yes, Your Honor.  I guess for the
19 purposes of the defendant CFM Advisors and the parties named
20 herein defendants in which we represent, we'll stipulate that
21 this is an employer promulgated arbitration procedure.  Then I
22 would ask that the -- I assume you will stipulate that our
23 motion to compel arbitration be granted.
24          THE COURT:  I assume that would be part of a
25 stipulation --

```
                                                                  4
 1              MR. CONOVER:  Yes.
 2              THE COURT:  -- that the parties consent to
 3   arbitration based upon the stipulation tend to go to
 4   arbitration pursuant to the AAA rules and pursuant to the
 5   stipulation which would then conclude the matter before me and
 6   probably Judge Feuerstein.
 7              MR. CONOVER:  Correct.
 8              THE COURT:  Ms. Sainnoval, I assume you've had an
 9   opportunity to discuss this resolution or the proposed
10   resolution of the matter before me with your attorney or with
11   your attorneys?
12              MS. SAINNOVAL:  Yes, sir.
13              THE COURT:  And remember you're still under oath
14   having been sworn in as your witness.
15              MS. SAINNOVAL:  Yes.
16              THE COURT:  You want to move the microphone over to
17   Ms. Sainnoval because I need to ask her -- I want to make sure
18   that she understands that this matter is therefore to the
19   extent that it is before this Court a motion to stay the
20   action and to compel arbitration is over.  You understand that
21   if you agree?
22              MS. SAINNOVAL:  Yes, sir.
23              THE COURT:  Do you understand that you can't come
24   back to me this afternoon and say Judge, I didn't understand,
25   I made a mistake?
```

```
                                                                    5
 1              MS. SAINNOVAL:  Yes, sir.
 2              THE COURT:  Have you been satisfied with the legal
 3   services offered to you by your attorneys?  I have to tell
 4   you, they've done a very, very fine job, so --
 5              MS. SAINNOVAL:  Yes, sir.
 6              THE COURT:  -- I'm hoping you're going to tell me
 7   the same thing.
 8              MS. SAINNOVAL:  Oh, yes, sir.
 9              THE COURT:  Anyone force you into agreeing to this
10   resolution?
11              MS. SAINNOVAL:  No, sir.
12              THE COURT:  Anyone threaten you?
13              MS. SAINNOVAL:  No, sir.
14              THE COURT:  Did your counsel threaten you or force
15   you or coerce you?
16              MS. SAINNOVAL:  No, sir.
17              THE COURT:  Did anyone on the defense side from CFM
18   or counsel or anybody from their side threaten or force you or
19   coerce you?
20              MS. SAINNOVAL:  No, sir.
21              THE COURT:  Okay.  You understand that by going to
22   arbitration you still get to present what you want to
23   present --
24              MS. SAINNOVAL:  Yes, sir.
25              THE COURT:  -- under the rules of arbitration?  I'm
```

```
                                                                   6
 1   not familiar with the rules of arbitration but I think there's
 2   a fair opportunity which is for that.  Do you understand that?
 3             MS. SAINNOVAL:  Yes, sir.
 4             THE COURT:  Do you have any questions you want to
 5   ask me?
 6             MS. SAINNOVAL:  No, sir.
 7             THE COURT:  Mr. Ortega, on behalf of the defendants
 8   I assume you are authorized on behalf of the defendants to
 9   agree to the stipulation and the resolution of this particular
10   matter.
11             MR. ORTEGA:  I am, Your Honor.  Just one
12   administrative purposes, Your Honor, for my own administrative
13   purposes that today present in the courtroom if it was
14   necessary Ms. Patricia Seagal, our handwriting expert, was
15   present in Court today.
16             THE COURT:  Anything further before me today?
17             MR. CONOVER:  No, Your Honor.  Thank you.
18             THE COURT:  Thank you very, very much.
19             MR. ORTEGA:  Thank you, Your Honor.
20             THE COURT:  I will inform Judge Feuerstein of the
21   resolution of this matter and that it is on the record.
22             MR. ORTEGA:  Thank you, Your Honor.
23             MS. SAINNOVAL:  Thank you.
24                         *  *  *  *  *
25
```

```
                                                                    7
 1      I certify that the foregoing is a court transcript from
 2  an electronic sound recording of the proceedings in the above-
 3  entitled matter.
 4                                     [signature: Mary Greco]
 5                                   _____
 6                                          Mary Greco
 7  Dated:  December 8, 2009
```