# C O N O V E R

**LAW OFFICES**
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

Telephone (212) 588-9080
Telecopier (212) 763-5001

Bradford D. Conover*

*Admitted in New York and Connecticut
Direct email:  brad@conoverlaw.com

March 28, 2011

**Via ECF and First Class Mail**

Hon. Sandra J. Feuerstein
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Michelange Sainnoval v. CFM Advisors et al*, Case No. 08 CV 4615

Dear Judge Feuerstein:

As counsel for plaintiff, Michelange Sainnoval, we write in response to Your Honor's Order dated December 3, 2010 requesting a status report.

As your Honor is aware, this action was stayed pursuant to Stipulation and Order, dated December 3, 2009, consenting to arbitration of the action. The parties commenced arbitration before Arbitrator, Susan MacKensie, at the American Arbitration Association. The parties have completed initial document exchanges. The parties have not yet completed depositions because of defendants' counsel scheduling conflicts and change in attorney at defendants' counsel's firm.  Defendants' counsel only recently scheduled plaintiff's deposition for April 7, 2011, and he advises us that dates for defendants' depositions will be provided shortly.

Thank you for your consideration.

Respectfully submitted,

/s
Bradford D. Conover

cc: Thomas Mealiffe, Esq. (via ECF and email)